# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SOUTHWEST CONCRETE PUMPING LLC, a Nevada limited liability company,

Plaintiff(s),

vs.

FEDERAL INSURANCE COMPANY, et al.

Defendant(s).

Case #2:25-cv-01509-RFB-MDC

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Patrick G. Bollig_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

London Fischer LLP
(firm name)

with offices at __2505 McCabe Way, Ste. 100__,
(street address)

__Irvine__, __California__, __92614__,
(city)    (state)    (zip code)

__(949) 252-0550__, __pbollig@londonfischer.com__.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Federal Insurance Company__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since     January 17, 2007    , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of    California   
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Central District of Calif. | 10/26/2007 | 248255 |
| USDC - Northern District of Calif. | 6/30/2015 | 248255 |
| USDC - Eastern District of Calif. | 10/23/2017 | 248255 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None/NA

7. That Petitioner is a member of good standing in the following Bar Associations.

California Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
                          )
COUNTY OF ___Orange___    )

___Patrick G. Bollig___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_19th_ day of _September_, _2025_.

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Stephen Rogers___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___700 S. Third Street___
(street address)

___Las Vegas___, ___Nevada___, ___89101___
(city)          (state)        (zip code)

___(702) 383-3400___, ___srogers@rmcmlaw.com___
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Stephen Rogers_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Jeffrey Winn, AVP, Federal Insurance Company
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5755                         srogers@troemlaw.com
Bar number                   Email address

APPROVED

Dated: this __24__ day of __September__, 20__25__

_____
UNITED STATES DISTRICT JUDGE

# ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____Orange_____ )

On __09__/__19__/2025 _____ before me, Heriberto Valdovinos, Notary Public _____
(insert name and title of the officer)

personally appeared ___Patrick G Bollig___,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

HERIBERTO VALDOVINOS
Commission # 2503860
SAN BERNARDINO County
California - Notary Public
COMM. EXP. NOV. 4, 2028

Signature ___Eddie V___ (Seal)

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

**ISSUE DATE:** 9/17/2025

**LICENSEE NAME:** Patrick George Bollig

**LICENSEE BAR NUMBER:** 248255

**LICENSEE STATUS:** Active

**ADMIT DATE:** 1/17/2007

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Patrick George Bollig's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, BRIAN D. KARTH, Clerk of this Court, certify that

_____Patrick G. Bollig_____, Bar No. __248255__

was duly admitted to practice in this Court on __10/26/2007__
DATE

and  is active and in good standing    as a member of the Bar

of this Court.

Dated at Los Angeles, California

on      __9/4/2025__
Date

BRIAN D. KARTH
Clerk of Court

By _____Audree Sellarole_____
Audree Sellarole , Deputy Clerk



G-52 (1/24)                     CERTIFICATE OF GOOD STANDING

# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

# Patrick George Bollig

Bar Number 248255

was duly admitted to practice in this Court on June 30, 2015, and is in good standing as a member of the bar of this Court.



Signed on September 16, 2025 by

Mark B. Busby Clerk of Court

AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### CERTIFICATE OF GOOD STANDING

I, Keith Holland, Clerk of this Court,

certify that <u>Patrick Bollig</u>, Bar # <u>248255</u>,

was duly admitted to practice in this Court on

<u>10/23/2017</u>, and is in good standing

as a member of the Bar of this Court.

Dated at <u>9/10/2025</u>.



_____
Keith Holland, Clerk of Court